Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. STEVENOT,<br><br>Defendant. | No. 6:19-MJ-0067-JDP<br><br>STIPULATION TO CONTINUE SENTENCING; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant David Stevenot, by and through his attorney of record, Assistant Federal Defender Eric Kersten, that the sentencing hearing in the above-captioned matter set for November 20, 2019 be continued to January 28, 2020 at 10:00 a.m. This request is made to allow time for U.S. Probation to complete a pre-sentence report and to allow the parties time to review and file any additional information or response.

Dated: October 9, 2019        /S/ Susan St. Vincent
                              Susan St. Vincent
                              Legal Officer
                              Yosemite National Park

Dated: October 9, 2019        /S/
                              Eric Kersten
                              Assistant Federal Defender for
                              David M. Stevenot

1

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the November 20, 2019, sentencing hearing for David M. Stevenot, Case *6:19-mj-0067-JDP*, is continued to January 28, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  October 9, 2019

UNITED STATES MAGISTRATE JUDGE