| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, CA Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | DAVID M. STEVENOT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:19-mj-00067 JDP |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| | ) **SENTENCING, ORDER THEREON** |
| vs. | ) |
| | ) Date: March 25, 2020 |
| DAVID M. STEVENOT, | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Jeremy D. Peterson |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the sentencing hearing scheduled for January 28, 2020 may be may be continued to March 25, 2020, at 10:00 a.m., or the soonest time thereafter convenient to the court.

The continuance is requested to allow time for Mr. Stevenot to complete his ongoing residential treatment prior to completing an in-person presentence interview conducted by the United States Probation Office (USPO); and to accommodate the standard briefing schedule for USPO's completion of its Presentence Investigation Report, and the filing of possible objections and sentencing memoranda by the parties.

Mr. Stevenot is participating in residential treatment at "The Camp," in Scott's Valley, California. The program does not allow participants to leave during treatment, and it is anticipated Mr. Stevenot will remain in the program until mid-January. Defense counsel is

scheduled to begin a one-to-two week trial on January 14, 2020, and Mr. Stevenot is not available the last week of January. The parties have tentatively scheduled an in-person presentence interview for February 4, 2020, and a March 25, 2020 sentencing date would accommodate the standard briefing schedule.

The parties agree that the delay resulting from this request shall be excluded in the interests of justice, and for effective defense investigation and preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: December 19, 2019 By */s/ Susan St. Vincent*
SUSAN ST. VINCENT
Legal Enforcement Officer
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: December 19, 2019 By */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
David M. Stevenot

**ORDER**

For the reasons set forth above, I hereby continue sentencing to March 25, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:    December 24, 2019              /s/ Jeremy Peterson
                                                 UNITED STATES MAGISTRATE JUDGE