| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, CA Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | DAVID M. STEVENOT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:19-mj-00067 JDP |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING, ORDER THEREON** |
| vs. | Date: April 28, 2020 |
| DAVID M. STEVENOT, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Jeremy D. Peterson |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the sentencing hearing scheduled for March 25, 2020 may be may be continued to April 28, 2020, at 10:00 a.m., or the soonest time thereafter convenient to the court.

When this matter was previously continued to March 25, 2020, Mr. Stevenot was participating in the dual diagnosis residential treatment program at "The Camp," in Scott's Valley, California. It was then anticipated that Mr. Stevenot would participate in an in-person presentence interview on February 4, 2020, after completing the program. However, due to defense counsel's oversight, that date was never confirmed with Mr. Stevenot, and the interview could not be completed on February 4. Also, Benjamine Roberts, the assigned United States Probation Officer, will be in training on March 25, and not returning to the office until April 2, 2020; and defense counsel is unavailable on April 7 and 8, 2020, the next scheduled Yosemite Court days. The proposed continuance will accommodate the standard presentence briefing

schedule, and also allow for the presence of all parties.

Since admitting his offense, Mr. Stevenot has successfully completed the residential treatment program at the Camp, and is now participating in outpatient counseling. He is also taking addiction studies classes two nights per week at San Mateo Community College, and is residing at a sober living facility located in San Mateo, California. In addition, Mr. Stevenot is being actively supervised by the San Mateo County Probation Office for his state DUI from 2017.

The parties agree that the delay resulting from this request shall be excluded in the interests of justice, and for effective defense investigation and preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: February 5, 2020    By */s/ Susan St. Vincent*
SUSAN ST. VINCENT
Legal Enforcement Officer
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: February 5, 2020    By */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
David M. Stevenot

ORDER

For the reasons set forth above, sentencing is continued to April 28, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   February 6, 2020                               _____
                                                        UNITED STATES MAGISTRATE JUDGE