UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID STEVENOT,<br><br>　　　　　Defendant. | Case No.  6:19-mj-00067-HBK<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S REQUEST FOR REMOTE APPEARANCE<br><br>(Doc. No.  26) |

      Pending before the Court is Defendant's stipulation for a Rule 43 waiver of appearance. (Doc. No. 26).  Defendant moves for a waiver under Rule 43(b)(2).  (*Id*. at 1); see Fed. R. Crim. P. 43(b)(2).  Despite being titled as a request for a Rule 43 waiver, Defendant does not appear to be requesting his appearance at the April 18, 2023 review hearing be waived, but instead is requesting permission to appear by video conference.  (*See generally id*. at 1-2).   Thus, the Court interprets Defendant's request as a motion to appear by video conference and will analyze his request under that premise.

      Defendant requests to appear by video conference because he lives approximately 190 miles from the courthouse in Yosemite National Park and does not drive or have anyone who could drive him to his review hearing.  (*Id*.).  As a result, Defendant would have to rely on public transportation which may result in four total days of travel to and from the courthouse including two overnight stays in a hotel. (*Id*.).  Defendant, who has been diagnosed with mental and

1  substance abuse disorders, would face significant challenges to his welfare if he had to travel to
2  appear in-person at the courthouse in Yosemite National Park.  (*Id*.).  Defendant resides at a sober
3  living facility and has experienced improvement in his mental health, due to living in the sober
4  living facility, but his counselor has concerns that travel to the courthouse to appear in-person at
5  his review hearing may disrupt his sleep patterns and routine.  (*Id*. at 2).  A disruption in his sleep
6  patterns and routine may trigger Defendant's mental health issues.  (*Id*.).

The Court finds good cause to permit Mr. David Stevenot to appear by video conference for his April 18, 2023 review hearing.  To the extent he requests a Rule 43 waiver to waive his appearance at his April 18, 2023 review hearing, such a request is denied.

Accordingly, it is **ORDERED**:

1. Defendant's request to appear by video conference is GRANTED to the extent that Mr. David Stevenot is permitted to appear by video conference for his April 18, 2023 review hearing.  The Court will provide the necessary information to facilitate the video conference to defense counsel for Mr. Stevenot.

2. To the extent that Defendant is requesting his appearance be waived pursuant to Fed. R. Crim. P. 43(b)(2), Defendant's request is DENIED.

Dated:    April 14, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2