UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID STEVENOT,<br><br>Defendant. | Case No. 19-mj-00067-HBK<br><br>GRANTING DEFENDANT'S MOTION TO APPEAR BY VIDEO<br><br>(Doc. No. 34) |

Pending before the Court is the Defendant's motion to appear by video for his status conference scheduled for June 13, 2023. (Doc. No. 34). Due to his mental status and challenges with obtaining transportation, Defendant seeks a video appearance. (*Id*.). The Government and United States Probation Office does not oppose Defendant's motion. (*Id*. at 1). A defendant's physical presence is not required at a status conference. Fed. R. Crim. P. 43(b)(3). The Court finds good cause to permit Defendant to appear by video at his June 13, 2023 status conference.

Accordingly, it is **ORDERED**:

Defendant's motion to appear by video (Doc. No. 34) is GRANTED.

Dated: June 9, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE